S. B. LUTTRELL v. J. L. MARTIN et al.

*Appeal—Interlocutory Orders.*

Appeal does not lie from a refusal to dismiss an action, nor from an order adjudging that defendants have been duly served with process, and are properly before the Court.

MOTION, heard before *Graves, J.,* at the Spring Term, 1892, of BURKE Superior Court.

*Mr. S. J. Ervin,* for plaintiff.
*Messrs. M. Silver* (by brief) and *Isaac T. Avery,* for defendants.

BURWELL, J.: It is settled that no appeal lies from a refusal to dismiss an action. *Plemmons* v. *Improvement Co.,* 108 N. C., 614. Nor does an appeal lie from an interlocutory order adjudging that the defendants have been duly served with process and are properly before the Court. *Guilford County* v. *Georgia Company,* 109 N. C., 310.

The appeal in this case is premature, and must be dismissed. It is so ordered.                Appeal Dismissed.

---

* AVERY, J., did not sit.